# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

Ayers Oil Co.,                                    )
                                                  )
                     Plaintiff,                   )
                                                  )
            v.                                    )        Case No.  4:09-cv-00070-RWS
American Business Brokers, Inc.                   )
                                                  )
                     Defendant.                   )

## ORDER

On December 12, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Northern Division case.  Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable David D. Noce, United States Magistrate Judge.

Dated this 12th day of January, 2009.

                              James G. Woodward
                              Clerk of Court


                              By: /s/ Karen Moore
                              Deputy Clerk


**In all future documents filed with the Court, please use the following case number:**

**2:09-cv-00002-DDN.**